UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ELEVATE CARE COUNTRY CLUB HILLS, LLC., an Illinois liability company, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| XAVIER BECERRA, in his official capacity as Secretary of the United States Department of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, and CHIQUITA BROOKS-LASURE, in her capacity as Administrator of the Centers for Medicare & Medicaid Services; CENTERS FOR MEDICARE & MEDICAID SERVICES, | ) ) ) ) ) ) ) ) ) ) ) | Case No.  1:24-cv-04755  Judge Kness |
| Defendants. | ) | |

## **DEFENDANTS' MOTION TO DISMISS**

Defendants Xavier Becerra, the Secretary of Health and Human Services; the United States Department of Health and Human Services; Chiquita Brooks-LaSure, the Administrator of the Centers for Medicare and Medicaid Services (CMS); and CMS, by their attorney, Morris Pasqual, Acting United States Attorney for the Northern District of Illinois, move to dismiss plaintiff's complaint for lack of subject matter jurisdiction under Fed. R. Civ. P. 12(b)(1), for the reasons stated in the defendants' concurrently filed memorandum in support.

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney

By: s/ William M. Strom
WILLIAM M. STROM
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 697-4087
william.strom@usdoj.gov